No. 81–5755. McNichols *v.* United States. C. A. 8th Cir. Certiorari denied.

No. 81–790. Scully, Superintendent, Green Haven Correctional Facility *v.* Camera. C. A. 2d Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 80–1810. Valmas Brothers Shipping, S. A., et al. *v.* Fisher et al., *ante,* p. 816;

No. 81–365. EA Industries, Inc. *v.* AMI Industries, Inc., *ante,* p. 952;

No. 81–5374. Higgins *v.* Character and Fitness Committee, Fourth Department, New York Supreme Court, *ante,* p. 972;

No. 81–5386. Rogers *v.* Jinks et al., *ante,* p. 959;

No. 81–5434. Allard *v.* Immigration and Naturalization Service, *ante,* p. 974;

No. 81–5438. In re Kulwiec, *ante,* p. 961;

No. 81–5468. Sprecher *v.* United States, *ante,* p. 944; and

No. 81–5470. Woods *v.* South Carolina, *ante,* p. 1058. Petitions for rehearing denied.

No. 80–1622. Grote *v.* United States, *ante,* p. 819;

No. 80–2126. Hunt *v.* Hunt, Executor, *ante,* p. 834;

No. 80–2136. Weber *v.* Black et al., *ante,* p. 834; and

No. 81–5425. Pierce *v.* Volkswagen of America, Inc., *ante,* p. 1048. Petitions for rehearing denied. Justice O'Connor took no part in the consideration or decision of these petitions.

No. 81–5109. Rucker *v.* Regan, Secretary of the Treasury, *ante,* p. 871. Motion for leave to file petition for rehearing denied. Justice O'Connor took no part in the consideration or decision of this motion.